# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NICKY JUVENAL ALVAREZ-CACERES,<br><br>        Defendant. | Case No. 2:21-cr-00233-GMN-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, July 5, 2023 at 10:30 a.m., be vacated and continued to July 17, 2023 at the hour of 10:00 a.m. in Courtroom 3A.

    DATED this 30th day of June, 2023.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE