# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States America

Plaintiff(s),

vs.

Nicky Alvarez Caceres

Defendant(s).

2:21-CR-00233-GMN-EJY

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 26 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

Nicky Alvarez Caceres (Name of Party) (Plaintiff) (Defendant) hereby substitutes

Joel Beck (New Attorney)

(Address): 5940 S Rainbow Blvd #446 LV NV 84118

(Telephone): 702 487-3006, as attorney of record in place and

stead of: Jackie Witt    Jacquelyn N. Witt, AFPD
                         (Present Attorney)

DATED: 7-26-23

_____
(Signature of Party)

I consent to the above substitution.

DATED: 7/24/2023

Jacquelyn N. Witt
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 7-24-23

_____
(Signature of New Attorney)

Please check one: _X_ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: July 26, 2023

_____
UNITED STATES DISTRICT JUDGE

NV Bar # 11054